UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO AYALA HEREDIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-00514-EPG<br><br>STIPULATION FOR EXTENSION OF TIME;<br>ORDER |

　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 50 days, from October 27, 2025 to December 16, 2025, for the Commissioner to file his Cross-Motion for Summary Judgment. Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

　　　This is the Commissioner's first request for an extension of time for his Cross-Motion. Plaintiff does not oppose the requested extension.

　　　The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension as follows:

- At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including the Social Security Administration (SSA). It is not clear when funding will be restored by Congress. In

the absence of either a Fiscal Year 2026 appropriation or a continuing resolution to continue the ongoing operations of SSA, no further financial obligations may be incurred by SSA, except for that work which, as defined by law, is excepted from the limitations of Anti-Deficiency Act.  *See* 31 U.S.C. §§ 1341–1342.

- Effective Monday, October 20, 2025, SSA has determined that the undersigned counsel for the Commissioner and colleagues within her office may perform work on Social Security cases arising under 42 U.S.C. § 405(g) during the current lapse in appropriations as excepted work.

- Although counsel for the Commissioner is permitted to work on Social Security cases arising under 42 U.S.C. § 405(g) as of October 20, 2025, the undesigned has many pressing deadlines resulting from the lapse in funding.  Additionally, the undersigned is scheduled to be out of the country on leave in early December.

- Accordingly, despite diligent efforts to manage her workload, counsel for the Commissioner needs additional time in the instant case to review the administrative record, consider the issues that Plaintiff has raised, confer with her client as necessary, and prepare the Commissioner's Cross-Motion.

For the foregoing reasons, counsel for the Commissioner respectfully requests a 50-day extension of time, with all other case deadlines extended accordingly.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

Respectfully submitted,

Dated: October 20, 2025						PENA AND BROMBERG, PC

							By: */s/ Jonathan Pena*
								JONATHAN PENA
								Attorneys for Plaintiff
								[*As authorized by e-mail on Oct. 20, 2025]

Dated: October 21, 2025						ERIC GRANT
								United States Attorney
								MATHEW W. PILE
								Head of Program Litigation 1
								Social Security Administration | Law & Policy

							By:	*/s/ Margaret Branick-Abilla*
								MARGARET BRANICK-ABILLA
								Special Assistant United States Attorney
								Attorneys for Defendant

**ORDER**

Based on the parties' stipulation for a briefing extension, IT IS ORDERED that Defendant shall be granted an extension of time of fifty (50) days to file Defendant's opposition to Plaintiff's opening brief. Defendant's opposition shall be filed on or before **December 10, 2025,** and all deadlines are modified accordingly.

**IT IS SO ORDERED.**

DATED:   OCTOBER 21, 2025                           /s/ Erica P. Grosjean
                                                    **UNITED STATES MAGISTRATE JUDGE**